UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:05-cr-46-Oc-23TBS

KYLE E. McCLAMMA
_____/

## ORDER

Kyle McClamma moves (Doc. 126) to modify the terms of his supervised release to remove "the requirement that he attend and participate in sex offender treatment." The United States opposes modification (Doc. 127). The magistrate judge issued a report and recommendation (Doc. 136) to which McClamma objects (Doc. 137) and which the United States supports (Doc. 138).

The objections are **OVERRULED**, and the report and recommendation is **ADOPTED**. For the reasons stated by both the United States magistrate judge and the United States, the motion (Doc. 126) to modify the terms of supervised release is **DENIED**.

ORDERED in Tampa, Florida, on March 16, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE